IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

EDWIN LAMANGE,

                                                ORDER

                Plaintiff,

                                                13-cv-495-bbc

    v.

PREMIER REAL ESTATE MANAGEMENT, LLC,
MONIQUE TIMPSON, CASEY DUFFY and
DOES 1-50,

                Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

         In an order entered on August 16, 2013, I dismissed plaintiff Edwin LaMange's complaint for failure to comply with Fed. R. Civ. P. 8.  I gave plaintiff until August 29, 2013, in which to submit a proposed amended complaint addressing the deficiencies explained in the August 16 order.  In addition, I warned plaintiff that his failure to respond to the court's order would result in dismissal of this case.  It is now September 16, 2013, and plaintiff has not filed an amended complaint or otherwise responded to the court's order.

         Accordingly, IT IS ORDERED that this case is DISMISSED.  The clerk of court is directed to enter judgment in favor of defendants and close this case.

         Entered this 16th day of September, 2013.

                                                      BY THE COURT:
                                                      /s/
                                                      BARBARA B. CRABB
                                                      District Judge