IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

EDWIN LaMANGE,

    Plaintiff,　　　　　　　　　　　JUDGMENT IN A CIVIL CASE

v.　　　　　　　　　　　　　　　　　　Case No. 13-cv-495-bbc

PREMIER REAL ESTATE
MANAGEMENT, LLC,
MONIQUE TIMPSON and
CASEY DUFFY,

    Defendants.

---

    This action came for consideration before the court with District Judge Barbara B. Crabb presiding.  The issues have been considered and a decision has been rendered.

---

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants dismissing this case.

| /s/ | 9/16/2013 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |